IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARLA ANN WESTJOHN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SELDIN CO.,<br><br>　　　　　　Defendant. | **8:21CV252**<br><br>**ORDER** |
| KARLA ANN WESTJOHN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SELDIN CO., DOUGLAS COUNTY, NEBRASKA, and NEBRASKA HUMANE SOCIETY,<br><br>　　　　　　Defendants. | **8:21CV350** |

Having received a request for accommodation from plaintiff Karla Ann Westjohn ("Westjohn"), and due to the capabilities of the U.S. Court's PACER System, the Court finds that good cause has been shown and the request is granted. Accordingly,

IT IS ORDERED:

1. A document Westjohn e-mails to the Clerk of Court at clerk@ned.uscourts.gov will be considered filed in the Case Management Electronic Filing System (CM/ECF) in these cases as of the date it is received.

2. Any document submitted must be in PDF format.

3. Westjohn is signed up for electronic filing and will continue to receive electronic notice from CM/ECF.

Dated this 9th day of September 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge