IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARLA ANN WESTJOHN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SELDIN CO.,<br><br>　　　　　　Defendant. | **8:21CV252**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. The plaintiff has been granted leave to file an amended complaint. Defendant Seldin Co.'s motion to dismiss, Filing No. 7, has been rendered moot and will be denied. Accordingly,

IT IS ORDERED that defendant Seldin Co's motion to dismiss is denied as moot.

Dated this 3rd day of January 2022.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge